# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-cv-2285-EFM |
| | ) |
| NPB COMPANIES, INC., and | ) |
| MARCEL MATTHEWS, | ) |
| | ) |
| Defendants. | ) |

## JOINT PROTECTIVE ORDER

Plaintiff John Mason alleges personal injuries arising from an altercation with defendant Marcel Matthews in Vancouver, British Columbia, Canada, on or about March 18, 2012. Plaintiff filed this action against Matthews and his employer, defendant NPB Companies, Inc., under various tort theories. Plaintiff received medical treatment in Canada and the United States, and he objected to written discovery seeking his Social Security number and medical records. Rather than file a motion to compel Plaintiff's responses to such written discovery, Defendants agreed to this protective order limiting the use of Plaintiff's Social Security number and medical records in order to avoid any alleged embarrassment or annoyance.

UPON plaintiff John Mason, defendant NPB Companies, Inc., and defendant Marcel Matthews' stipulation and for good cause shown:

IT IS HEREBY ORDERED that, for the purposes of the above-captioned lawsuit ("Lawsuit"), Plaintiff's Social Security number and medical records shall be considered "Confidential Material," and the following procedures shall govern such Confidential Material:

1.  This Protective Order is meant to encompass all forms of disclosure which may contain Confidential Material, including any document, pleading, motion, exhibit, declaration, affidavit, deposition transcript, inspection and all other tangible items (electronic media, photographs, videocassettes, procedural manuals, etc.).

2.  Where a party receives Confidential Material as a result of discovery or participation in this civil action, such Confidential Material shall be used solely in connection with the instant proceedings. Confidential Material shall be treated as confidential by the Parties and will not be disclosed to anyone except as provided herein. Prior to disclosure of any Confidential Material, each person to whom disclosure is to be made shall execute a written "Confidentiality Agreement" (in the form attached hereto as Exhibit A) agreeing to be bound by the terms of this Order. The parties and counsel for the respective parties (including paralegals, legal assistants, claims adjusters, and other personnel) are deemed to be bound by this Order and are not required to execute a Confidentiality Agreement.

3.  With respect to any communications to the Court, including any pleadings, motions or other papers, the party seeking to file Confidential Material shall first file a motion with the Court and be granted leave to file the particular document under seal pursuant to D. Kan. Rule 5.4.6(a).

4.  If a non-designating party is subpoenaed or ordered to produce Confidential Material by another court or administrative agency, such party shall promptly notify the designating party of the pending subpoena or Order and shall not produce any Confidential Material until the designating party has had reasonable time to object or otherwise take appropriate steps to protect such Confidential Material.

5. Within thirty days after the termination of this Lawsuit (whether by dismissal or final judgment), all Confidential Material shall be shredded or returned to counsel for the designating party. In addition, counsel shredding or returning such material shall send a letter or email confirming that all Confidential Material produced to such counsel and any subsequently made copies have been shredded or returned in their entirety pursuant to the terms of this Order. Such a representation fully contemplates that returning counsel has: (1) contacted all persons to whom that counsel disseminated Confidential Material, and (2) confirmed that all such material has been returned to disseminating counsel.

6. After the termination of this Lawsuit, the provisions of this Order shall continue to be binding.

IT IS SO ORDERED.

Dated: November 4, 2013

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

CONFIDENTIALITY AGREEMENT

BEING DULY SWORN, I hereby attest to the following:

It is my understanding that Plaintiff's Social Security number and/or medical records will be provided to me pursuant to the terms and restrictions of the Protective Order entered in *John Mason v. NPB Companies, Inc. and Marcel Matthews,* Case No. 13-cv-2285-EFM/JPO ("Lawsuit").

2. I have been given a copy of and have read the Protective Order and have had its meaning and effect explained to me by the attorneys providing me with such confidential information, and I hereby agree to be bound by it.

3. I further agree that I shall not disclose such confidential information to others, except in accordance with the Protective Order.

4. It is my understanding that, if I fail to abide by the terms of the Protective Order, I may be subject to sanctions imposed by the Court for such a failure.

5. I hereby consent to the jurisdiction of the Court for purposes of enforcing the Protective Order.

Dated: _____

_____
Signature

_____
Printed Name

Subscribed and sworn to before me this \_\_\_ day of _____, 2013. Witness my hand and official seal.

_____
Notary Public

My Commission Expires:


_____

/s/ Robert S. Caldwell
Robert S. Caldwell          KS #14488
CALDWELL & MOLL, L.C.
11903 W. 119th Street
Overland Park, KS   66213
Telephone:    913-451-6444
Fax Number:  913-451-3454
rsc@caldwellandmoll.com

Pieter A. Brower
MOORE & BROWER, P.C.
4600 Madison Avenue, Suite 700
Kansas City, MO   64112
Telephone:    816-753-3030
Fax Number:  816-753-3036
pieterbrower@aol.com

ATTORNEYS FOR PLAINTIFF


/s/ John J. Gates
Lee M. Baty                 KS #24736
John J. Gates               KS #20226
BATY, HOLM, NUMRICH & OTTO P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
lbaty@batyholm.com
jgates@batyholm.com
Telephone:    816-531-7200
Fax Number:  816-531-7201
ATTORNEYS FOR DEFENDANT
NPB COMPANIES, INC.


/s/ Robert J. Wonnell
Robert J. Wonnell           KS #20727
Jill E. Kunshek             KS #25340
McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS   66103
Telephone:    913-371-3838
Fax Number:  913-371-4722
rwonnell@mvplaw.com
ATTORNEYS FOR DEFENDANT
MARCEL MATTHEWS